IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM R. BEST, JR.,   )  <br>     Petitioner,   )  <br>                    )  <br> v.                 )  <br>                    )  <br> WARDEN RICHIE,   )  <br>     Respondent.   ) | CIVIL ACTION: 2:18-00257-KD-N |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 3, 2021, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that Petitioner Best's petition for writ of habeas corpus under 22 U.S.C. § 2254 is **DENIED** and **DISMISSED** with prejudice, and that Best is not entitled to a Certificate of Appealability and/or to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the **24th** day of **March 2021.**

                                          /s/ Kristi K. DuBose
                                          **KRISTI K. DuBOSE**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**