### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| WILLIAM R. BEST, JR.,    )<br>    Petitioner,    )<br>        )<br>v.        )<br>        )   CIVIL ACTION: 2:18-00257-KD-N<br>WARDEN RICHIE,    )<br>    Respondent.    ) | |

### JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Petitioner Best's petition for writ of habeas corpus under 22 U.S.C. § 2254 is **DENIED** and **DISMISSED** with prejudice, and that Best is not entitled to a Certificate of Appealability and/or to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the **24th** day of **March 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**